UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANNE CLEMENT REULET, ET AL. | CIVIL ACTION |
| VERSUS | |
| LAMORAK INSURANCE COMPANY, ET AL. | NO. 20-00404-BAJ-EWD |

### RULING AND ORDER

Before the Court is Plaintiffs' **Motion to Remand (Doc. 21)**, requesting that this action be returned to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. On March 4, 2021, the Magistrate Judge issued a Report and Recommendation (Doc. 57) recommending that Plaintiffs' Motion be denied. Plaintiffs object to the Magistrate Judge's recommendation, (Doc. 61), essentially restating the same arguments set forth in their original Motion and related briefing. (*See* Docs. 21-1, 36, 48).

Having carefully considered Plaintiffs' Motion, Defendants' oppositions, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Doc. 21) is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is referred back to the

Magistrate Judge for a scheduling conference.

                              Baton Rouge, Louisiana, this 25th day of March, 2021

                              _____
                              **JUDGE BRIAN A. JACKSON**
                              **UNITED STATES DISTRICT COURT**
                              **MIDDLE DISTRICT OF LOUISIANA**